# EXHIBIT 1

**IN THE SUPREME COURT OF BERMUDA**

**CIVIL JURISDICTION**

**(COMMERCIAL COURT)**

**2024: No. 333**

**IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ENSTAR GROUP LIMITED, ELK BIDCO LIMITED, ELK MERGER SUB LIMITED, DEER LTD. AND DEER MERGER SUB LTD. DATED AS OF 29 JULY 2024**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD., DEER MERGER SUB LTD. AND ENSTAR GROUP LIMITED**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD. AND ENSTAR GROUP LIMITED**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG ELK BIDCO LIMITED, ELK MERGER SUB LIMITED AND ENSTAR GROUP LIMITED**

**AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981**

**BETWEEN:**

**(1) FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD.**
**(2) FOURWORLD EVENT OPPORTUNITIES, LP**
**(acting through its general partner FOURWORLD CAPITAL, LLC)**
**(3) FOURWORLD SPECIAL OPPORTUNITIES FUND, LLC**
**(4) FW DEEP VALUE OPPORTUNITIES FUND I, LLC**
**(5) CORBIN ERISA OPPORTUNITY FUND, LTD.**

**Plaintiffs**

**and**

**(1) ENSTAR GROUP LIMITED**

**Defendant**

---

**ORIGINATING SUMMONS**

---

**TO: ENSTAR GROUP LIMITED**
A.S. Cooper Building, 4th Floor
26 Reid Street,
Hamilton, HM11
Bermuda

**LET THE DEFENDANT,** within 14 days after service of this Summons on it, inclusive of the day of service, cause an appearance to be entered to this Summons, which is issued on the application of the Plaintiffs namely (1) FourWorld Global Opportunities Fund, Ltd. of Mourant Governance Services (Cayman) Limited, P.O. Box 1348,

94 Solaris Avenue, Camana Bay, Grand Cayman, KY1-1108, Cayman Islands, (2) FourWorld Event Opportunities, LP (acting through its General Partner, FourWorld Capital, LLC) of Mourant Governance Services (Cayman) Limited, P.O. Box 1348, 94 Solaris Avenue, Camana Bay, Grand Cayman, KY1-1108, Cayman Islands, (3) FourWorld Special Opportunities Fund, LLC of Corporation Service Company, 251 Little Falls Drive, Wilmington, County of New Castle, Delaware 19808, USA, (4) FW Deep Value Opportunities Fund I, LLC of Corporation Service Company, 251 Little Falls Drive, Wilmington, County of New Castle, Delaware 19808, USA, and (5) Corbin ERISA Opportunity Fund, Ltd. of Ogier Global (Cayman) Limited, 89 Nexus Way, Camana Bay, Grand Cayman KY1-9009, Cayman Islands.

By this Summons the Plaintiffs seek the following relief:

1. An appraisal of the fair value of the following shares pursuant to Section 106(6) of the Companies Act 1981:

   1.1. 21,350 ordinary shares of par value of $1.00 in the Defendant held by the First Plaintiff, a registered shareholder and member of the Defendant.

   1.2. 1,600 ordinary shares of par value of $1.00 in the Defendant held by the Second Plaintiff, a registered shareholder and member of the Defendant.

   1.3. 71,200 ordinary shares of par value of $1.00 in the Defendant held by the Third Plaintiff, a registered shareholder and member of the Defendant.

   1.4. 36,950 ordinary shares of par value of $1.00 in the Defendant held by the Fourth Plaintiff, a registered shareholder and member of the Defendant.

   1.5. 77,000 ordinary shares of par value of $1.00 in the Defendant held by the Fifth Plaintiff, a registered shareholder and member of the Defendant.

2. Payment of such sums as are found to be due pursuant to Section 106(6A) or Section (6B) (as applicable) of the Companies Act 1981.

3. Interest.

4. Costs.

3. Such further or other relief as the Court deems fit.

Dated the 8th day of November 2024.

THE SEAL OF THE SUPREME COURT OF BERMUDA

for the REGISTRAR

This Originating Summons was taken out by Trott and Duncan Limited of 17A Brunswick Street, Hamilton, HM 10, Bermuda, Attorneys of the Plaintiffs whose address for service is the same.

Note – If the Defendant does not attend personally or by attorney at the time and place mentioned above, such Order will be made as the Court may think is just and convenient.

## DIRECTIONS FOR ENTERING APPEARANCE

The Defendant may enter an appearance in person or by an attorney either (1) by handing in the appropriate forms, duly completed, at the Registry of the Supreme court in Hamilton, Bermuda, or (2) by sending them to the Registry by post.

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

(COMMERCIAL COURT)

2024: No. 333

IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ENSTAR GROUP LIMITED, ELK BIDCO LIMITED, ELK MERGER SUB LIMITED, DEER LTD. AND DEER MERGER SUB LTD. DATED AS OF 29 JULY 2024

AND IN THE MATTER OF A STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD., DEER MERGER SUB LTD. AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD. AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG ELK BIDCO LIMITED, ELK MERGER SUB LIMITED AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981

SUPREME COURT BERMUDA 2024 NOV -8 PM 3:24

BETWEEN:

(1) FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD.
(2) FOURWORLD EVENT OPPORTUNITIES, LP
(acting through its general partner FOURWORLD CAPITAL, LLC)
(3) FOURWORLD SPECIAL OPPORTUNITIES FUND, LLC
(4) FW DEEP VALUE OPPORTUNITIES FUND I, LLC
(5) CORBIN ERISA OPPORTUNITY FUND, LTD.

**Plaintiffs**

and

(1) ENSTAR GROUP LIMITED

**Defendant**

---

**ORIGINATING SUMMONS**

---

TROTT AND DUNCAN LIMITED
Barristers & Attorneys

Trott & Duncan Building
17A Brunswick Street
Hamilton HM 10
Bermuda
Attorneys for the Plaintiffs