# EXHIBIT 2

**IN THE SUPREME COURT OF BERMUDA**

**CIVIL JURISDICTION**

**(COMMERCIAL COURT)**

**2024: No. 334**

**IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ENSTAR GROUP LIMITED, ELK BIDCO LIMITED, ELK MERGER SUB LIMITED, DEER LTD. AND DEER MERGER SUB LTD. DATED AS OF 29 JULY 2024**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD., DEER MERGER SUB LTD. AND ENSTAR GROUP LIMITED**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD. AND ENSTAR GROUP LIMITED**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG ELK BIDCO LIMITED, ELK MERGER SUB LIMITED AND ENSTAR GROUP LIMITED**

**AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981**

**BETWEEN:**

**HARSPRING CAPITAL, LP**
**(acting through its general partner HARSPRING CAPITAL ADVISORS, LLC)**

**Plaintiff**

**and**

**ENSTAR GROUP LIMITED**

**Defendant**

---

**ORIGINATING SUMMONS**

---

**TO:** **ENSTAR GROUP LIMITED**
A.S. Cooper Building, 4th Floor
26 Reid Street,
Hamilton, HM11
Bermuda

**LET THE DEFENDANT,** within 14 days after service of this Summons on it, inclusive of the day of service, cause an appearance to be entered to this Summons, which is issued on the application of the Plaintiff namely Harspring Capital, LP (acting through is General Partner, Harspring Capital Advisors, LLC) of 1345 Avenue of the Americas FL2, New York, NY 10105, United States of America.

By this Summons the Plaintiff seeks the following relief:

1. An appraisal of the fair value of the following shares pursuant to Section 106(6) of the Companies Act 1981:

   1.1. 62,000 ordinary shares of par value of $1.00 in the Defendant held by the Plaintiff, a registered shareholder and member of the Defendant.

2. Payment of such sums as are found to be due pursuant to Section 106(6A) or Section (6B) (as applicable) of the Companies Act 1981.

3. Interest.

4. Costs.

3. Such further or other relief as the Court deems fit.

Dated the ~~8~~ 14th day of November 2024.

THE SEAL OF THE SUPREME COURT OF BERMUDA

for the A REGISTRAR

This Originating Summons was taken out by Trott and Duncan Limited of Trott & Duncan Building, 17A Brunswick Street, Hamilton, HM 10, Bermuda, Attorneys of the Plaintiff whose address for service is the same.

Note – If the Defendant does not attend personally or by attorney at the time and place mentioned above, such Order will be made as the Court may think is just and convenient.

**DIRECTIONS FOR ENTERING APPEARANCE**

The Defendant may enter an appearance in person or by an attorney either (1) by handing in the appropriate forms, duly completed, at the Registry of the Supreme court in Hamilton, Bermuda, or (2) by sending them to the Registry by post.

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

(COMMERCIAL COURT)

2024: No. 334

E COURT BERMUDA 2024 NOV -8 PM 3: 24

IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ENSTAR GROUP LIMITED, ELK BIDCO LIMITED, ELK MERGER SUB LIMITED, DEER LTD. AND DEER MERGER SUB LTD. DATED AS OF 29 JULY 2024

AND IN THE MATTER OF A STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD., DEER MERGER SUB LTD. AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD. AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG ELK BIDCO LIMITED, ELK MERGER SUB LIMITED AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981

BETWEEN:

HARSPRING CAPITAL, LP
(acting through its general partner HARSPRING CAPITAL ADVISORS, LLC)

Plaintiff

and

ENSTAR GROUP LIMITED

Defendant

---

**ORIGINATING SUMMONS**

---

TROTT AND DUNCAN LIMITED
Barristers & Attorneys

Trott & Duncan Building
17A Brunswick Street
Hamilton HM 10
Bermuda
Attorneys for the Plaintiff