```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOURWORLD GLOBAL OPPORTUNITIES
FUND, LTD. et al.,

                       Petitioners,

        -v.-

BARCLAYS BANK PLC,

                       Respondent.

25-mc-0075 (JHR)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

---

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All such motions: ____ | ☐ | Inquest After Default/Damages Hearing |
| | | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | General Pretrial & Dispositive Motions (all purposes except trial) | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | | |
| ☐ | Settlement | | |

SO ORDERED.

Dated: March 12, 2025
       New York, New York

                                               _____
                                               JENNIFER H. REARDEN
                                               United States District Judge