USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of,

FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,

Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

Index No. 1:25-mc-00075

**ORDER**

This matter comes before the Court upon the Application for Judicial Assistance by FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC and Corbin ERISA Opportunity Fund, Ltd. ("**FourWorld**") and Harspring Capital, LP ("**Harspring**" and, together with FourWorld, "**Petitioners**") for leave to serve a subpoena upon Barclays Bank PLC ("**Barclays**" or "**Respondent**") pursuant to 28 U.S.C. § 1782 (the "**Application**").

This Court, having reviewed the Application, the Memorandum of Law in support thereof, the Declarations of Delroy B. Duncan KC and Damian Vallejo, together with the exhibits attached thereto, and the proposed subpoena,

IT IS HEREBY ORDERED that:

1.      No later than April 14, 2025, Respondent shall file any opposition to the Application;

2.      Petitioners may file any reply in support of the Application within 21 days of Respondent's opposition;

3.   Absent a timely opposition filed by Respondent, the Court will treat the application as unopposed; and

4.   No later than March 17, 2025, Petitioner shall serve copies of this Order, the Application, the Memorandum of Law, the Declarations and the exhibits thereto upon Respondent by hand delivery to Barclays Bank PLC, Office of the General Counsel, 745 Seventh Avenue, New York, New York 10019, and shall file proof of such service to the ECF docket.

DATED this 13th day of March, 2025

_____
United States Magistrate Judge