**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | C.A. No. 1:25-mc-00075-RA/SDA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for Enstar Group Limited.

Dated:  New York, New York
        April 14, 2025

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:  /s/ *Marques S. Tracy*
        Marques S. Tracy

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:  (212) 373-3000
Fax:  (212) 757-3990
mtracy@paulweiss.com

*Attorney for Enstar Group Limited*