**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | C.A. No. 1:25-mc-00075-RA/SDA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for Enstar Group Limited.

Dated: New York, New York
April 14, 2025

                                                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                                                    By: /s/ *Alexander M. Butwin*
                                                                          Alexander M. Butwin

                                                                   1285 Avenue of the Americas
                                                                   New York, New York 10019-6064
                                                                   Tel.: (212) 373-3000
                                                                   Fax: (212) 757-3990
                                                                   abutwin@paulweiss.com

                                                                   *Attorney for Enstar Group Limited*