UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | C.A. No. 1:25-mc-00075-RA/SDA |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>NON-PARTY ENSTAR GROUP LIMITED</u>

Non-party Enstar Group Limited, a nongovernmental corporate party, files this corporate disclosure statement pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and states that it has no parent corporation and that no nongovernmental corporation owns 10% or more of its outstanding stock.

Dated:  April 14, 2025
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

By:   _/s/ Geoffrey R. Chepiga_
   Geoffrey R. Chepiga
   Marques S. Tracy
   Alexander M. Butwin
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Phone: (212) 373-3000
   Fax: (212) 4920421
   gchepiga@paulweiss.com
   mtracy@paulweiss.com
   abutwin@paulweiss.com

*Attorneys for Enstar Group Limited*