UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | No. 1:25-mc-00075-RA/SDA |

### ENSTAR GROUP LIMITED'S NOTICE OF MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, Enstar Group Limited ("Enstar") respectfully moves the Court to grant its motion to intervene in this proceeding, in which Petitioners seek applications for an order pursuant to 28 U.S.C. § 1782. The grounds for this motion are set forth in the accompanying Memorandum of Law in support of the motion, and upon the papers, records and pleadings on file with the Court.

Dated:  April 14, 2025
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

By:   */s/ Geoffrey R. Chepiga*
  Geoffrey R. Chepiga
  Marques S. Tracy
  Alexander M. Butwin
  1285 Avenue of the Americas
  New York, NY 10019-6064
  Phone: (212) 373-3000
  Fax: (212) 4920421
  gchepiga@paulweiss.com
  mtracy@paulweiss.com
  abutwin@paulweiss.com

*Attorneys for Enstar Group Limited*