# Exhibit 7A

IN THE SUPREME COURT OF BERMUDA
CIVIL JURISDICTION
(COMMERCIAL COURT)
2024: No.333

IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ENSTAR GROUP LIMITED, ELK BIDCO LIMITED, ELK MERGER SUB LIMITED, DEER LTD. AND DEER MERGER SUB LTD. DATED AS OF 29 JULY 2024

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD., DEER MERGER SUB LTD. AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG DEER LTD. AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT BY AND AMONG ELK BIDCO LIMITED, ELK MERGER SUB LIMITED AND ENSTAR GROUP LIMITED

AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981

BETWEEN:

(1) FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD.

(2) FOURWORLD EVENT OPPORTUNITIES, LP
(acting through its general partner Fourworld Capital, LLC)

(3) FOURWORLD SPECIAL OPPORTUNITIES FUND, LLC

(4) FW DEEP VALUE OPPORTUNITIES FUND I, LLC

(5) CORBIN ERISA OPPORTUNITY FUND, LTD

**Plaintiffs**

-and-

ENSTAR GROUP LIMITED

**Defendant**

## Memorandum of Appearance

Please enter an Appearance in the above matter on behalf of the Defendant, Enstar Group Limited, in this action.

Legal - 25322807.1

**DATED** this 29th day of November 2024

Conyers Dill & Pearman Limited  
Richmond House  
12 Par-la-Ville Road  
Hamilton  
**Attorneys for the Defendant**

TO: **The Registrar of the Supreme Court**  
Government Administration Building  
30 Parliament Street  
Hamilton HM 12

AND: **Trott & Duncan Ltd.**  
17A Brunswick Street  
Hamilton, HM10  
**Attorneys for the Plaintiffs**

IN THE SUPREME COURT OF BERMUDA
CIVIL JURISDICTION
(COMMERCIAL COURT)
2024: No.333

IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981

BETWEEN:

(1) FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD.

(2) FOURWORLD EVENT OPPORTUNITIES, LP
(acting through its general partner Fourworld Capital, LLC)

(3) FOURWORLD SPECIAL OPPORTUNITIES FUND, LLC

(4) FW DEEP VALUE OPPORTUNITIES FUND I, LLC

(5) CORBIN ERISA OPPORTUNITY FUND, LTD

**Plaintiffs**

-and-

ENSTAR GROUP LIMITED

**Defendant**



**Memorandum of Appearance**



Conyers Dill & Pearman Limited
Richmond House
12 Par-la-Ville Road, Hamilton
Attorneys for the Defendant
RXW/gm/402068/25322807