# Exhibit 8B

# CONYERS

**CONYERS DILL & PEARMAN LIMITED**

Clarendon House, 2 Church Street
Hamilton HM 11, Bermuda

Mail: PO Box HM 666, Hamilton HM CX, Bermuda
T +1 441 295 1422

**conyers.com**

14 January 2025

Matter No.: 402068
Doc Ref: RXW/gm/25631633
441 298-7832
Rhys.Williams@conyers.com

Trott & Duncan
17A Brunswick Street
Hamilton HM 10

Attn: Mr. Delroy Duncan, KC

Dear Sirs,

**Re:   In the Matter of Harspring Capital, LP et al v Enstar Group Limited
Civil Jurisdiction - Commercial Court 2024 : No. 334**

The transaction described in your letter of 9 December 2024 as the "Merger" is due to close in mid-2025. Adopting the sensible and pragmatic approach of the parties in Re Argo Group International Holdings Inc (2024 Nos 126–131), we propose a stay of the proceedings pending completion.

A stay will avoid the parties incurring needless litigation costs in the unlikely event that the transaction does not close.

Please let us know your clients' position on this proposal by return.

Yours faithfully,
**Conyers Dill & Pearman Limited**

**Rhys Williams**
Director

Legal - 25631633.1