# Exhibit 10

# CONYERS

**CONYERS DILL & PEARMAN LIMITED**

Clarendon House, 2 Church Street
Hamilton HM 11, Bermuda

Mail: PO Box HM 666, Hamilton HM CX, Bermuda
T +1 441 295 1422

**conyers.com**

13 March 2025

Matter No.: 402068
Doc Ref: RXW/gm/25923183
441 298-7832
Rhys.Williams@conyers.com

Trott & Duncan
17A Brunswick Street
Hamilton HM 10

Attn: Mr. Delroy Duncan, KC

Dear Sirs,

**Re:** **In the Matter of Fourworld Global Opportunities Fund Ltd et al v Enstar Group Limited**
**Civil Jurisdiction - Commercial Court 2024 : No. 333**

**In the Matter of Harspring Capital, LP et al v Enstar Group Limited**
**Civil Jurisdiction - Commercial Court 2024 : No. 334**

We write further to your letter dated 7 March 2025 enclosing a 10 page, 39 paragraph draft directions order ("**Draft Directions**"), which itself exhibits (i) a draft non-disclosure and confidentiality agreement, (ii) a disclosure protocol, (iii) categories of Defendant discovery, and (iv) categories of Plaintiff discovery (together, the "**Exhibits**").

We note your statement that your client "*intends to prosecute the Proceedings expeditiously*", notwithstanding the fact that your client waited almost 4 months after receiving our client's Memorandum of Appearance before seeking directions to progress the matter. Your client also waited 2 months to respond to our request for a stay pending completion.

Given your client's dilatory approach to these Proceedings, we were therefore surprised to see a demand that we respond to your letter within 7 days. You and your client clearly spent considerable time preparing the Draft Directions and Exhibits. We now require sufficient time to consider those documents and to take instructions.

There is no urgency (as evidenced by your client's approach to date) and no prejudice will be suffered by our client being given the opportunity to properly consider the Draft Directions. On the contrary, at the very least we would expect to narrow the issues between the parties.

As such, we will return to you with our comments as soon as reasonably practicable. If directions cannot be agreed prior to the first return date of the Summons, an adjournment with directions to bring the Summons back for substantive determination may be required.

All of our client's rights are reserved.


Yours faithfully,
**Conyers Dill & Pearman Limited**

**Rhys Williams**
Director