UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re FourWorld Global Opportunities Fund, Ltd. et al. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | 1:25-mc-00075 (RA) (SDA) |
| In Re FourWorld Global Opportunities Fund, Ltd. et al.,<br><br>　　　　　　　　　　Petitioners,<br><br>　　　　-against-<br><br>Goldman Sachs & Co. LLC,<br><br>　　　　　　　　　　Respondent. | 1:25-mc-00078 (RA) (SDA)<br><br>**<u>ORDER</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

　　Following today's hearing, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Upon receipt of the Directions Order from the Bermuda Court, Petitioners and intervenor Enstar Group Limited promptly shall meet and confer regarding the scope of the subpoenas at issue.

2. No later than September 8, 2025, the parties shall file a joint letter regarding the status of these related actions, including the results of any meet and confer sessions.

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　July 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge