UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re FourWorld Global Opportunities Fund, Ltd. et al. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | 1:25-mc-00075 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

This matter comes before the Court by an application to obtain discovery from Barclays Bank PLC ("Barclays"), pursuant to 28 U.S.C. § 1782 (the "Application"), filed by FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC and Corbin ERISA Opportunity Fund, Ltd. ("FourWorld") and Harspring Capital, LP ("Harspring," and together with FourWorld, "Petitioners"). Having reviewed the Application, its supporting memorandum, the Declarations of Damian Vallejo and Delroy B. Duncan KC, as well as the accompanying exhibits, the Court finds as follows:

A. Petitioners met the requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance and relief.

B. For purposes of the Application, Barclays resides or is found in this judicial district.

C. The discovery sought is for use in a proceeding in a foreign proceeding.

D. Petitioners are interested persons within the meaning of the statute.

E. The discretionary factors, as described by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004), weigh in favor of granting the requested assistance.

Accordingly, it is hereby ORDERED, as follows:

1. Petitioners are authorized to serve a subpoena on Barclays in the form of the subpoena that is annexed as Exhibit 1 to the Vallejo Declaration (ECF No. 2-1).

2. Barclays shall respond or object to the subpoena in accordance with Rule 45 of the Federal Rules of Civil Procedure.

3. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate.

4. A copy of this Order shall be served on Barclays.

**SO ORDERED.**

Dated:   New York, New York
         September 9, 2025

_____
STEWART D. AARON
United States Magistrate Judge